ANDREW M. LEAVITT, ESQ.
Nevada Bar # 3989
633 South Seventh Street
Las Vegas, Nevada 89101
P: (702) 382-2800
F: (702) 382-7438
Email: andrewleavitt@ymail.com
Attorney for Plaintiff,
ALICIA BUSTILLOS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA BUSTILLOS,<br><br>    Plaintiff,<br><br>vs.<br><br>KEY INSURANCE COMPANY: KEY INSURANCE LLC, a limited liability company DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-V, inclusive,<br><br>    Defendants, | CASE NO.: 2:23-CV-01664-CDS-EJY<br><br>[PROPOSED] 2nd AMENDED JOINT DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LOCAL RULES 26-1(b) |

    Plaintiff, ALICIA BUSTILLOS, and Defendant, KEY INSURANCE COMPANY (hereinafter Key Insurance), by and through their undersigned counsel hereby submit the Amended Proposed Stipulated Discovery Plan and Scheduling Order pursuant to Local Rule 26-1(b). This proposed plan is submitted in compliance with LR 26-1(b).

    This action was initiated in the Eighth Judicial District Court on August 25, 2023. An Answer was filed with this court on February 12, 2024, and a Petition for Removal from the State Court was filed on October 13, 2023.

    Pursuant to Fed. R. Civ. P. 26(f) and LR16-14, on 04/04/2024, counsel for the parties met and conferred regarding the Discovery deadlines in the above-captioned matter. Andrew M. Leavitt, Esq. of the Law Office of Andrew M. Leavitt, Esq., appeared on behalf of the Plaintiff, ALICIA BUSTILLOS; Philip Goodhart, Esq., of the Thorndal Armstrong, PC. appeared on

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

1

behalf of the Defendant, KEY INSURANCE during the conference, counsel for the parties discussed and agreed upon the following. The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

## **PROPOSED SCHEDULE**

1. The defendant answered on February 12, 2024. The discovery cutoff date is August 9, 2024.

2. Motions to amend, or to add parties, shall be filed and served on or before 05/11/2024;

3. Expert disclosures pursuant to Fed. R. Civ. P. 26(a)(2) shall be made on or before 06/10/2024;

4. Rebuttal expert disclosures shall be made on or before 07/10/2024;

5. Dispositive motions shall be filed and served on or before 09/09/2024;

6. The Joint-Pre-trial Order shall be filed on or before 10/09/2024. In the event dispositive motions are filed, the date for filing the Joint-Pre-trial Order shall be suspended until 30 days after the decision on the dispositive motions or further Order of the Court (LR 26-1(E)(5));

7. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order; and

8. Alternative Dispute Resolution. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

9. Alternative Forms of Case Disposition. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

10. Electronic Evidence. The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations.

Andrew M. Leavitt
Attorney At Law
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7438

11. Any request to extend the dates set forth in this Discovery Plan and Scheduling Order shall be submitted to the Court not later than 21 days before the expiration of the subject deadline sought to be extended.

## INITIAL DISCLOSURES AND DISCOVERY

The parties anticipate having their initial disclosures delivered to each other within fourteen days after the submission of this Proposed Discovery Plan.

Objections will be filed within 10 days thereafter, if any. (Fed. R. Civ. P. 26(f)(3)(A)).

The parties anticipate conducting written discovery and depositions on all issues allowed under the Federal Rules of Civil Procedure. (Fed. R. Civ. P. 29(f)(3)(B)).

There are currently no issues which parties are aware of regarding discovery of electronically stored information or claims of privilege/protection of trial preparation materials. (Fed. R. Civ. P. 26(f)(3)(E-F)).

DATED this 29 day of April 2024.                    DATED this 29 day of April, 2024.

Law Office of                                                          THORNDAL ARMSTRONG, PC
ANDREW M. LEAVITT, ESQ.


/s/ Andrew M. Leavitt                                              /s/ Phillip Goodhart
ANDREW M. LEAVITT, ESQ.                            PHILIP GOODHART, ESQ.
Nevada Bar # 3989                                                 Nevada Bar No. 5332
633 South Seventh Street                                     1100 East Bridger Avenue
Las Vegas, Nevada 89101                                    Las Vegas, NV 89101
andrewleavitt@ymail.com                                  Email: png@thorndal.com
Office: (702) 382-2800                                          Office: (702) 366-0622
Fax: (702) 382-7438                                              Fax: (702) 366-0327
Attorney for Plaintiff.                                             Attorney for Defendant.


IT IS SO ORDERED this 29th day of ____April____, 2024.

UNITED STATES MAGISTRATE

3