PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

Attorneys for Defendants, KEY
INSURANCE COMPANY and
KEY INSURANCE LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA BUSTILLOS, | Case No. 2:23-cv-01664-CDS-EJY |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| KEY INSURANCE COMPANY; KEY INSURANCE LLC, a limited liability company; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES hereto, by and through their counsel of record, that the above-entitled action be dismissed with prejudice as to all parties, each party to bear their own fees, costs, and expenses.

DATED: 7-8-24                                          DATED: July 15, 2024

LAW OFFICE OF ANDREW M. LEAVITT          THORNDAL ARMSTRONG, PC

/s/ [signature]                                                      /s/ *Philip Goodhart*

ANDREW M. LEAVITT, ESQ.                         PHILIP GOODHART, ESQ.
Nevada Bar No. 3989                                      Nevada Bar No. 5332
633 South Seventh Street                                600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101                                Las Vegas, Nevada 89101
Attorney for Plaintiff                                        Attorneys for Defendants, KEY INSURANCE
                                                                        COMPANY and KEY INSURANCE LLC

Bustillos v. Key Insurance
Case No. 2:23-cv-01664

## ORDER

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as to all parties, each party to bear their own fees, costs and expenses.

DATED: July 16, 2024

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

Submitted by:

THORNDAL ARMSTRONG, PC

/s/ Philip Goodhart
_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
600 S. Las Vegas Blvd., Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendants, KEY INSURANCE COMPANY and KEY INSURANCE LLC